IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENLURAMINE) PRODUCTS LIABILITY LITIGATION** | : : : : : |
| **PAULA POMANSKY, et al.** | : |
| Plaintiff, | : MDL 1203 |
| | : MDL Case No. 2:02-cv-20139-HB |
| vs. | : : |
| **WYETH, INC., et. al.** | : : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please enter my firm's appearance, and more specifically, Christopher K. Gilbert, as counsel of record for Marilyn Melder, Intervenor Plaintiff, in the above-captioned matter.

Respectfully submitted,
THE O'QUINN LAW FIRM

_____
CHRISTOPHER K. GILBERT, ESQ.
440 Louisiana Street, 24th Floor
Houston, Texas 77002
TEL: 713-236-2677
FAX: 713-223-4870
EMAIL: cgilbert@gilbert-law.com
ATTORNEYS FOR INTERVENOR PLAINTIFF
MARILYN MELDER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Appearance** has been filed electronically and is available for viewing and downloading from the ECF system. Service on all attorneys of records who do not receive notice by electronic mail from the ECF system was accomplished as set forth below on April 16, 2008.

**Via US Mail**

Daniel S. Pariser
Ethan Greene
ARNOLD & PORTER
555 Twelfth Street N.W.
Washington, DC  20004
**Counsel for Wyeth**

Gregory P. Miller
DRINKER, BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
**Special Discovery Master**

Michael Fishbein
Arnold Levin
LEVIN, FISHBEIN, SEDRAN AND BERMAN
510 Walnut, Suite 500
Philadelphia, PA  19106
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
**Co-Chair of Plaintiffs' Management Committee**

Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH  45202
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee

Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA  19106
**Co-Chair of Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

_____
Christopher K. Gilbert, Esq.